# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA CITY SCHOOL BOARD ) | |
| MEMBER, CHARLES HENRY, DISTRICT ) | |
| ONE, AND OKC-NORTHEAST HIGH ) | |
| SCHOOL ALUMNI ASSOCIATION, ) | |
| ) | |
| **Plaintiffs,** ) | **Case No.: CIV-19-714-D** |
| ) | |
| -vs- ) | **State Court Case No.** |
| ) | **Case No. CV-19-1433** |
| PAULA LEWIS, BOARD CHAIR, ) | |
| OKLAHOMA CITY SCHOOL BOARD; SEAN ) | |
| MCDANIEL, SUPERINTENDENT OKCPS; ) | |
| AND JESSICA SHERRILL, GENERAL ) | |
| COUNSEL, OKCPS, AND ANY OTHER JOHN ) | |
| AND JANE DOE PARTIES, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

Defendants, Paula Lewis ("Lewis"), Board Chair for the Board of Education of Oklahoma City Public Schools, Sean McDaniel ("McDaniel"), Superintendent of Oklahoma City Public Schools, and Jessica Sherrill ("Sherrill"), General Counsel of Oklahoma City Public Schools (collectively "Defendants"), hereby give notice to all parties that this action is removed from the District Court of Oklahoma County, Oklahoma to the United States District Court for the Western District of Oklahoma, pursuant to 28 U.S.C. §1441(c), §1446(a) and (b), Federal Rules of Civil Procedure 81(c), and Local Civil Rule 81.2.

In support of removal, Defendants submit the following:

1.      On June 24, 2019, Plaintiff Charles Henry ("Henry") filed an Application for Temporary Restraining Order against Defendants. **Exhibit 1 -** Application for Temporary

G:\OKC-L\Henry, Charles-TRO\Pldgs\Notice Removal.wpd

Restraining Order.

2. On June 24, 2019, the Trial Court conducted a hearing on Plaintiff's Application for Temporary Restraining Order. The Court granted Plaintiff's Temporary Restraining Order. *See* **Exhibit 2 -** District Court Docket Sheet.

3. On July 3, 2019, Plaintiff Henry filed a Petition for Injunction. **Exhibit 3 -** Petition for Injunction.

4. On July 8, 2019, Defendants were each served with a summons. **Exhibit 4** - Summons.

5. On July 12, 2019, the Court filed a Notice of Filing for a transcript of the Application for Temporary Restraining Order proceedings. **Exhibit 5 -** Notice of Filing.

6. On July 17, 2019, Plaintiff Henry filed a Motion for Joinder to add OKC-Northeast High School Alumni Association ("NEHSAA") as another Plaintiff in the case. **Exhibit 6 -** Motion for Joinder.

7. On July 17, 2019, Plaintiffs filed an Amended Petition for Injunction. **Exhibit 7-** Amended Petition for Injunction. The Amended Petition for Injunction alleges violation of the Oklahoma Open Meeting Act and the Oklahoma Constitution as well as violations of the First and Fourteenth Amendments to the United States Constitution. **Exhibit 7 -** Amended Petition for Injunction ¶¶18, 34-49, 50-56, 60-61.

8. On July 19, 2019, Plaintiffs filed an Application for Temporary Injunction seeking to enjoin Defendants from committing arbitrary and capricious acts against Plaintiffs in violation of the Oklahoma and United States Constitutions, including due process rights. **Exhibit 8** - Application for Temporary Injunction.

9.     On July 25, 2019, Plaintiffs filed a Motion to Disqualify Respondents Attorney.

**Exhibit 9 -** Motion to Disqualify.

10.     Pursuant to Local Rule 81.2, a copy of the state district court docket sheet is attached. **Exhibit 2** - District Court Docket Sheet.

11.     Jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1391(b) and 1446(b) since Plaintiffs' Amended Petition for Injunction as well as the Application for Temporary Injunction raise federal questions, specifically the First and Fourteenth Amendments, and the site of the alleged incident and location of Defendants are within the Western District of Oklahoma. *See* **Exhibits 7 and 8**.

12.     The undersigned counsel of record affirmatively represents that a copy of this Notice is contemporaneously served on the Court Clerk for the District of Oklahoma County pursuant to 28 U.S.C. §1446(d).

S/Laura L. Holmes
Laura L. Holmes, OBA #14748
Laura L. Holmgren-Ganz, OBA #12342
The Center For Education Law, P.C.
900 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile:  (405) 528-5800
E-mail: LHolmes@cfel.com
E-mail: LGanz@cfel.com
Attorneys for Defendants

## Certificate of Service

I hereby certify that on August 5, 2019, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System, Ronald "Skip" Kelly.

S/Laura L. Holmes
Laura L. Holmes

G:\OKC-L\Henry, Charles-TRO\Pldgs\Notice Removal.wpd

4