Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500075427
Cashier ID: nvasquez
Transaction Date: 08/05/2019
Payer Name: Laura L Holmes
---------------------------------
CIVIL FILING FEE
 For: Paul Lewis
 Case/Party: D-OKW-5-19-CV-000714-001
 Amount:        $400.00
---------------------------------
CREDIT CARD
 Amt Tendered: $400.00
---------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIV-19-714-D


Return check fee $53